UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                              CASE NO. 8:10-cr-550-T-17MAP

GEORGE R. CAVALLO, PAULA L.
HORNBERGER and JOEL A. STREINZ.

_____/

## ORDER

This cause is before the Court *sua sponte* in connection with the Motion for Evidentiary Hearing Regarding Juror Misconduct or For Permission to Interview or Depose Juror George. (Dkt. 1044). The Court deems it appropriate to file *in camera* and under seal all future papers relating to this matter. Additionally, all attorneys that have entered an appearance in this case, whether such representation has been terminated or not, are, from this date forward, prohibited from discussing with anyone any matter that is filed with the *Court in camera* and any matter revealed during closed proceedings before this Court, except that said attorneys may discuss the matter with their clients and any employee(s) of their respective law firm that must have access to said information in order to fulfill their job responsibilities. Accordingly, it is

**ORDERED** that the parties are to file all future papers relating to the alleged juror misconduct directly with the Clerk. The Clerk shall then file *in camera* and under seal all filings by the parties and all orders from this Court relating to the alleged juror misconduct

unless and until the Court orders otherwise. Additionally, the Clerk shall seal the Motion for Evidentiary Hearing Regarding Juror Misconduct or For Permission to Interview or Depose Juror George. *See* (Dkt. 1044).

**IT IS FURTHER ORDERED AND ADJUDGED** that all attorneys that have entered an appearance in this case, whether such representation has been terminated or not, are, from this date forward, prohibited from discussing with anyone any matter that is filed with the Court *in camera* and any matter revealed during closed proceedings before this Court, except that such attorneys may discuss the matter with their clients and any employee(s) of their respective law firm that must have access to said information in order to fulfill their job responsibilities. All attorneys and employees of their law firms that wish to have access to the aforementioned sealed information must execute and file in camera and under seal the declaration attached as Exhibit A.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of March, 2013.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record
Clerk of Court, Sheryl L. Loesch