UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-550-T-17MAP

GEORGE R. CAVALLO

### FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture for Substitute Assets, *Dkt. 1356* pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following property in partial satisfaction of the defendant's $7,454,449.00 Forfeiture Money Judgment:

a. Approximately $294.51 seized from Boeing Employee's Credit Union Account Number 3587878594, held in the name of George Cavallo; and

b. Approximately $1,153.44 seized from the Florida's Bureau of Unclaimed Property Account Numbers 108404871 and 111570962, held in the name of George Cavallo.

On June 21, 2013, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1), the Court entered an Amended Preliminary Order of Forfeiture for Substitute Assets for the property described above. Doc. 1236.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from November 8, 2012 through December 7, 2012. Doc. 927. The publication gave

CASE NO. 8:10-CR-550-T-17MAP

notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.

No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Dkt 1356) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 7th day of August, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record