UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 8:10-CR-550-T-17MAP

GEORGE R. CAVALLO, PAULA L.
HORNBERGER, JOEL A. STREINZ.

_____/

ORDER

This cause is before the Court sua sponte. The Clerk of Court has notified that it is time to return the exhibits that were filed under seal in this case.

After consideration, the Court directs the Clerk of Court to return each sealed exhibit to the party who submitted each exhibit. Accordingly, it is

**ORDERED** that the Clerk of Court **shall return** each sealed exhibit to the party who submitted each exhibit.

DONE and ORDERED in Chambers in Tampa, Florida on this 13th day of January, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record